**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|  ) | |
| **Plaintiff,** ) | |
|  ) | **CRIMINAL ACTION** |
| v. ) | |
|  ) | **No. 14-20030-03-KHV** |
| **ALLEN J. WILLIAMS,** ) | |
|  ) | |
| **Defendant.** ) | |
|  ) | |

**MEMORANDUM AND ORDER**

On December 1, 2015, the Court sentenced defendant to 155 months in prison. This matter is before the Court on a letter (Doc. #125) from defendant's mother, Yolanda Williams, which the Clerk docketed as a motion to reduce defendant's sentence. A third party lacks standing to intervene in a criminal case and bring a motion to reduce a defendant's sentence. Judicial rules of procedure only permit defendant appearing pro se or his counsel to file such a motion. See D. Kan. Rule 83.5.1(c) (only attorneys who are members of bar of court or admitted pro hac vice may appear or practice in court except individual may appear personally on his own behalf); D. Kan. Rule 5.1 (original of every document filed must bear signature of at least one attorney of record or for pro se documents, signature of party). Accordingly, the Court dismisses the motion.[1]

**IT IS THEREFORE ORDERED** that the letter (Doc. #125) received December 18, 2020

---

[1] Even if the Court considered the merits of the motion, it would decline relief. Defendant's mother essentially asks the Court to reconsider his sentence. A federal district court may modify a defendant's sentence only where Congress has expressly authorized it to do so. See 18 U.S.C. § 3582(b)–(c); United States v. Blackwell, 81 F.3d 945, 947 (10th Cir. 1996). The Court recently declined to grant defendant compassionate release under 18 U.S.C. § 3582(b)(1)(A)(i), see Memorandum And Order (Doc. #126) filed December 21, 2020, and it does not appear that any other statute authorizes the Court to modify defendant's sentence at this stage.

from Yolanda Williams, which the Clerk docketed as a motion to reduce sentence, is **DISMISSED**.

**The Clerk is directed to mail a copy of this order to Ms. Williams.**

Dated this 6th day of January, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
