#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **CRIMINAL ACTION** |
| v.  ) | |
| ) | **No. 14-20030-03-KHV** |
| **ALLEN J. WILLIAMS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

#### MEMORANDUM AND ORDER

On December 1, 2015, the Court sentenced defendant to 155 months in prison. On December 21, 2020, the Court dismissed defendant's pro se letter (Doc. #115) and pro se Motion For Compassionate Release And Supporting Memorandum (Doc. #118), both which sought compassionate release based on the COVID-19 pandemic. See Memorandum And Order (Doc. #126). Defendant appealed. This matter is before the Court on defendant's Application To Proceed Without Payment Of Fees And Affidavit By A Prisoner (Doc. #131) filed January 25, 2021. Because the Court previously appointed counsel for defendant under 18 U.S.C. § 3006A, he may appeal without prepayment of fees and costs or security therefor and without filing the affidavit required by Section 1915(a) of Title 28. See Fed. R. App. P. 24(a)(3); 18 U.S.C. § 3006A(d)(7).[1]

**IT IS THEREFORE ORDERED** that defendant's Application To Proceed Without Payment Of Fees And Affidavit By A Prisoner (Doc. #131) filed January 25, 2021 is **OVERRULED as moot**. Pursuant to Fed. R. App. P. 24(a)(3) and 18 U.S.C. § 3006A(d)(7),

---

[1] Under Rule 24(a)(3), defendant is permitted to proceed in forma pauperis without further authorization unless the Court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis. Defendant's appeal appears to be in good faith.

defendant may proceed on appeal without prepayment of fees.   The Clerk is directed to forward a copy of this order to the Clerk of the Tenth Circuit.

Dated this 26th day of January, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge